*J. A. Laing* and *M. C. Edwards,* contra.

---

ANSLEY *v.* BROOKS.   ·

FISH, C. J.   There being no complaint that the court erred in any ruling made or in any instruction given during the trial of the case, and the evidence being sufficient to authorize the verdict, there was no error in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concur.*

MAY 11, 1910.

Petition.   Before Judge Littlejohn.   Sumter superior court. July 10, 1909.

*W. A. Dodson,* for plaintiff in error.

*W. W. Dykes* and *M. A. Hale,* contra.